■ In the Matter of WILLIAM FIEDELMAN, Respondent, v DAVID AXELROD, as Commissioner of Health of the State of New York, Appellant. — Order and judgment (one paper), Supreme Court, New York County, entered on October 10, 1980, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Birns, Sandler, Sullivan and Ross, JJ.

■ MATILDA DRAGO, Respondent, v OLYMPIA BULLER, Also Known as LEE BULLER, Appellant, and ALFRED DRAGO et al., Respondents. LEE BULLER, Also Known as OLYMPIA DRAGO, Appellant, v MATILDA DRAGO et al., Defendants. — Order, Supreme Court, New York County, entered on October 25, 1979, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Plaintiff-respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Fein, J. P., Sandler, Markewich and Carro, JJ.

■ ENVIRONMENT INFORMATION CENTER, INC., Respondent, v COMPUTRON SYSTEMS COMPANY, Appellant, et al., Defendant. — Appeal from order of the Supreme Court, New York County, entered on June 17, 1980, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Carro, JJ.

■ In the Matter of ANONYMOUS, an Alleged Mentally Ill Person, Respondent-Appellant. ROBERT CANCRO, as Director of Bellevue Psychiatric Hospital, Respondent. — Appeal from the order, Supreme Court, New York County, entered on July 24, 1979, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Birns, Sandler, Silverman and Bloom, JJ.

## (January 8, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL STEPHENS, Appellant. — Judgment, Supreme Court, Bronx County, rendered on May 2, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Birns, Sandler, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL HENRIQUEZ, Also Known as MIGUEL CABRAL HENRIQUEZ, Also Known as MIGUEL CARRAL HENRIQUEZ, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on March 14, 1980, unanimously affirmed. The appeal from the judgment of said court entered on May 31, 1979 is dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Murphy, P. J., Birns, Sandler, Silverman and Bloom, JJ.